# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

TIG INSURANCE COMPANY,

    Plaintiff(s)

vs.

Case Number: 4:18-cv-00264-GKF-FHM

FKI INDUSTRIES INC., et al.,

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

FKI Industries Inc.
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

    (Check one)  ☑ YES   ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

    FKI Industries Inc. is a wholly-owned subsidiary of Crosby US Acquisition Corp., which is a wholly-owned subsidiary of Crosby Worldwide Ltd., which is a wholly-owned subsidiary of Ascend Overseas Limited.

    Also, FKI Industries Inc. is an affiliate of KKR & Co. L.P., which is a publicly-traded entity.

    Pursuant to LCvR7.1, a list of FKI Industries Inc.'s subsidiaries is attached as Exhibit A.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES   ☑ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

   Although the interest is not direct, FKI Industries Inc. is an affiliate of KKR & Co. L.P., which is a publicly-traded entity.

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this **12th** day of **June**, 20**18**.

| | |
|---|---|
| s/Michael J. Gibbens | |
| Signature | |
| Michael J. Gibbens | 3339 |
| Printed Name | Bar Number |
| Crowe & Dunlevy, A Professional Corporation | |
| Firm Name | |
| 500 Kennedy Building, 321 South Boston Avenue | |
| Address | |
| Tulsa | OK  74103-3313 |
| City | State  ZIP |
| 918-592-9840 | 918-592-9801 |
| Phone | Fax |
| mike.gibbens@crowedunlevy.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on **June 12, 2018** (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Phil R. Richards - prichards@richardsconnor.com
Randall J. Lewin - rlewin@richardsconnor.com
Casper J. den Harder - cdenharder@richardsconnor.com


I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service        ☐ In Person Delivery
☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:


Name(s) and Address(es):


                                                    s/Michael J. Gibbens
                                                    Signature

**Exhibit A**

ENTITY

ACCO Material Handling Solutions, Inc.

Amdura LLC

The Crosby Group Manufacturing LLC

FKI Hardware, Inc.

Babcock Industries Inc.

Crosby Investment Inc.

The Crosby Group LLC

Western Block (Hangzhou) Co. Ltd.

Crosby Canada Inc.

Crosby APAC Pte. Ltd.

Crosby Europe (UK) Limited

Crosby Europe NV