# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIG INSURANCE COMPANY (as successor-in-interest to International Insurance Company),<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FKI INDUSTRIES INC. (formerly known as Acco Babcock, Inc.), and ACCO MATERIAL HANDLING SOLUTIONS, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 18-cv-00264-GKF-FHM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Before the Court is the parties' Joint Motion for Extension of Time of Two Deadlines [Doc. 21] (i) for Defendants to file an answer or motion, or otherwise respond to Plaintiff's Complaint, and (ii) for the parties to file a Joint Status Report. Upon consideration of the motion, and for good cause shown, the requested extension of time is granted.

IT IS THEREFORE ORDERED that (i) the Defendants shall have until February 11, 2019, to file an answer or motion, or otherwise respond to Plaintiff's Complaint, and (ii) the parties shall have until March 15, 2019, to file a Joint Status Report.

DATED this 29th day of November, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE