## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

TIG INSURANCE COMPANY as *successor-in-interest to International Insurance Company*,

                                  Plaintiff,

v.

FKI INDUSTRIES, INC., *formerly known as Acco Babcock, Inc.*, and ACCO MATERIAL HANDLING SOLUTIONS, INC.,

                                  Defendants.

Case No. 18-CV-00264-GKF-FHM

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The court having granted the Motion to Dismiss Plaintiff's Complaint of defendants FKI Industries, Inc., formerly known as Acco Babcock, Inc., and Acco Material Handling Solutions, Inc., it is hereby ordered, adjudged, and decreed that this case is dismissed without prejudice.

ENTERED this 6th day of October, 2020.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE