## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TIG INSURANCE COMPANY (as successor-in-interest to International Insurance Company), | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 18-cv-00264-GKF-FHM<br>) |
| (1) FKI INDUSTRIES INC. (formerly known as Acco Babcock, Inc.), and (2) ACCO MATERIAL HANDLING SOLUTIONS, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### **PLAINTIFF TIG INSURANCE COMPANY'S NOTICE OF APPEAL**

Plaintiff TIG Insurance Company hereby provides notice that, pursuant to 28 U.S.C. § 1291 and Rules 3(a) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, it is appealing to the United States Court of Appeals for the Tenth Circuit from the Opinion and Order [Dkt. # 49], and Judgment of Dismissal Without Prejudice [Dkt. # 50] entered in this case.

Respectfully submitted,

/s/ *Phil R. Richards*
Phil R. Richards, OBA #10457
Casper J. den Harder, OBA #31536
RICHARDS & CONNOR
ParkCentre Building, 12th Floor
525 South Main Street
Tulsa, Oklahoma 74103-4509
Telephone: 918/585.2394
Facsimile: 918/585.1449
Email: prichards@richardsconnor.com
cdenharder@richardsconnor.com

**ATTORNEYS FOR PLAINTIFF**
**TIG INSURANCE COMPANY**
**(as successor-in-interest to International Insurance Company)**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of October 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Barry Buchman, Esq. - barry.buchman@haynesboone.com
HAYNES AND BOONE, LLP

Michael J. Gibbens, Esq. - mike.gibbens@crowedunlevy.com
CROWE & DUNLEVY

**ATTORNEYS FOR DEFENDANTS**
**ACCO HANDLING SOLUTIONS, INC.**
**AND FKI INDUSTRIES INC.**

*s/ Phil R. Richards*