**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**June 22, 2022**

_____

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| TIG INSURANCE COMPANY, as successor-in-interest to International Insurance Company, | |
| Plaintiff - Appellant, | |
| v. | No. 20-5104 (D.C. No. 4:18-CV-00264-GKF-FHM) |
| FKI INDUSTRIES, INC., f/k/a Acco Babcock, Inc.; ACCO MATERIAL HANDLING SOLUTIONS, INC., | |
| Defendants - Appellees. | |

_____

**ORDER**

_____

Upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 20-5104 TIG Insurance Company v. FKI Industries, et al "Rule 33 case terminated" (4:18-CV-00264-GKF-FHM) |
| **Date:** | Wednesday, June 22, 2022 5:16:29 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 06/22/2022 at 4:15:46 PM Mountain Daylight Time and filed on 06/22/2022

**Case Name:** TIG Insurance Company v. FKI Industries, et al
**Case Number:** 20-5104
**Document(s):** Document(s)

**Docket Text:**
[10921630] Rule 33 case terminated. FRAP 42. Procedural termination without judicial action. [20-5104]

**Notice will be electronically mailed to:**

Barry Ira Buchman: barry.buchman@haynesboone.com
Mr. Casper Johan Den Harder: cdenharder@richardsconnor.com, lburr@richardsconnor.com, loneill@richardsconnor.com, khaselton@richardsconnor.com
Ms. Marcy Geoffrey Glenn: mglenn@hollandhart.com, kjoriley@hollandhart.com, intaketeam@hollandhart.com
Mr. Benjamin L. Mesches: ben.mesches@haynesboone.com, alecia.tipton@haynesboone.com, robin.hart@haynesboone.com
Mr. Philip Raymond Richards: prichards@richardsconnor.com, lburr@richardsconnor.com, mhillhouse@richardsconnor.com, aeades@richardsconnor.com


The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 20-5104 Dismissal Order.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=06/22/2022] [FileNumber=10921630-0]
[69227cbe1c3680829548c6c90d19bf50e5e23a39ffae7946dac91465b6a1cbf9363bc9f40adc9faf480390eb1b32a184d7b771e64a72be32e9c3885961bbb90b]]